# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McBryde, John H. | U.S.Dist. Ct., N. Dist. of TX | 04/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

501 West 10th Street
U.S. Courthouse, Room 401
Fort Worth, Texas 76102-3642

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 04/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 04/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-20): | | | | | | | | | |
| 2. Caterpillar Tractor | D | Dividend | N | T | | | | | |
| 3. Chevron Corp. | D | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 5. General Electric Co. | A | Dividend | K | T | | 02/00/19 | J | | See Section VIII (#10) |
| 6. IBM | C | Dividend | L | T | | | | | |
| 7. Johnson & Johnson | D | Dividend | N | T | | | | | |
| 8. Permian Basin Royalty Trust | C | Royalty | K | T | | | | | |
| 9. San Juan Basin Royalty Trust | B | Royalty | J | T | | | | | |
| 10. Weyerhaeuser Co. | B | Distribution | M | T | Buy (add'l) | 03/11/19 | L | | See Section VIII (#4) |
| 11. Intel Corp. | A | Dividend | K | T | | | | | |
| 12. Plains All American Pipeline, L.P. | C | Dividend | K | T | Buy (add'l) | 03/11/19 | K | | See Section VIII (#4) |
| 13. Bristol-Meyers Squibb Co. | A | Dividend | K | T | Buy (add'l) | 11/22/19 | J | | See Section VIII (#9) |
| 14. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 15. EnPro Industries | A | Dividend | J | T | | | | | |
| 16. 3M Co. | B | Dividend | L | T | | | | | |
| 17. Bank OZK (Bank of the Ozarks) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Celgene Corp. | | None | | | Merged<br>(with line 13) | 11/21/19 | J | A | See Section VIII (#9) |
| 19. | AT&T | B | Dividend | K | T | Buy | 03/11/19 | K | | See Section VIII (#4) |
| 20. | Wabtec Corp. | A | Dividend | J | T | Buy | 02/00/19 | J | | See Section VIII (#10) |
| 21. | ************************ | | | | | | | | | |
| 22. | BANK ACCOUNTS (Cash Equivalent<br>Accounts) (23-24): | | | | | | | | | |
| 23. | Frost Bank | D | Interest | P1 | T | | | | | |
| 24. | Bank of America | | None | J | T | | | | | |
| 25. | ************************ | | | | | | | | | |
| 26. | MUTUAL FUNDS (NON-IRA) (27-36): | | | | | | | | | |
| 27. | Eaton Vance Nat. Muni Fund | D | Int./Div. | M | T | | | | | |
| 28. | T. Rowe Price-High Yield Fund | C | Dividend | L | T | | | | | |
| 29. | Vanguard Group-Intermediate Muni Bond<br>Fund | B | Dividend | L | T | | | | | |
| 30. | Vanguard Group - Long-term Muni Bond<br>Fund | B | Dividend | K | T | | | | | |
| 31. | Vanguard Group GNMA Fund | B | Dividend | L | T | Buy<br>(add'l) | 12/13/19 | J | | See Section VIII (#7) |
| 32. | Nuveen Select Quality Muni Fund | D | Dividend | M | T | Buy<br>(add'l) | 03/11/19 | L | | See Section VIII (#4) |
| 33. | Vanguard International Growth Fund | C | Dividend | N | T | | | | | |
| 34. | Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Vanguard Wellington Fund | E | Dividend | N | T | | | | | |
| 36. | Vanguard Federal Money Market Fund | C | Dividend | M | T | | | | | See Section VIII (#11) |
| 37. | *********************** | | | | | | | | | |
| 38. | MUTUAL FUNDS - (Roth IRAs) (39-52): | | | | | | | | | |
| 39. | Vanguard Group-Wellington Fund | F | Dividend | O | T | | | | | |
| 40. | Vanguard Group-GNMA Fund | D | Dividend | N | T | | | | | |
| 41. | Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 42. | Vanguard Equity Income Fund | F | Dividend | O | T | | | | | |
| 43. | Vanguard Windsor Fund | B | Dividend | | | Redeemed | 08/12/19 | N | | See Section VIII (#5) |
| 44. | Vanguard Primecap Fund | | None | | | Redeemed | 08/12/19 | M | | See Section VIII (#5) |
| 45. | Vanguard Group-Long Term Corp. Fund | E | Dividend | N | T | | | | | |
| 46. | T.R. Price High Yield | E | Dividend | N | T | | | | | |
| 47. | Fidelity Investments GNMA Fund | B | Dividend | | | Redeemed | 06/14/19 | M | | See Section VIII (#6) |
| 48. | Vanguard Group Small-Cap Gr. | A | Dividend | M | T | Buy | 08/12/19 | M | | See Section VIII (#5) |
| 49. | Vanguard Small-Cap Value | B | Dividend | M | T | Buy | 08/12/19 | M | | See Section VIII (#5) |
| 50. | Vanguard Mid-Cap Index | A | Dividend | L | T | Buy | 08/12/19 | L | | See Section VIII (#5) |
| 51. | Vanguard Total Int'l Index | B | Dividend | L | T | Buy | 08/12/19 | L | | See Section VIII (#5) |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Investment Puritan Fund | D | Dividend | M | T | Buy | 06/14/19 | M | | See Section VIII (#6) |
| 53. ************************ | | | | | | | | | |
| 54. MUTUAL FUND (Traditional IRA) (55): | | | | | | | | | |
| 55. Vanguard Group - Wellington Fund | B | Dividend | K | T | Distributed (part) | 12/13/19 | J | | See Section VIII (#7) |
| 56. ************************ | | | | | | | | | |
| 57. OTHER (58-60): | | | | | | | | | |
| 58. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII (#2) |
| 59. Tarrant Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII (#2) |
| 60. Wise Co. TX Min. Int. | A | Royalty | J | W | | | | | See Section VIII (#2) |
| 61. ************************ | | | | | | | | | |
| 62. LIFE INSURANCE POLICIES (63-64): | | | | | | | | | |
| 63. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | T | | | | | |
| 64. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McBryde, John H.** | 04/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII. INVESTMENTS.

1. Dividends and gains on the non-IRA mutual funds (Lines 27-36), the IRA mutual fund (Line 55), and the Roth IRA funds (Lines 39-52) are reinvested as declared except the non-IRA T. Rowe Price-High Yield Fund, and Nuveen Fund.

2. The royalty income in relation to the Sherman County, Texas, mineral interest (Line 58) was received from Pantera Energy Co.; the royalty income in relation to the Tarrant County, Texas, mineral interest (Line 59) was received from XTO Energy; the royalty income in relation to the Wise County, Texas, mineral interest (Line 60) was received from Devon Energy Production Co.

3. All items of property listed in Section VII are community property.

4. This is an explanation of the "Buy" or "Buy (addl)" entries shown for Weyerhauser Co. (Line 10), Plains All American Pipeline, L.P. (Line 12), AT&T (Line 19), and Nuveen Select Quality Muni Fund (Line 32) in Section VII. In March 2019, I transferred funds from my bank account to my Vanguard Brokerage Account for the purpose of making additional investments. One of those I show on Line 10 was for additional shares of Weyerhauser Co., another I show on Line 12 was for additional shares of Plains All American Pipeline, L.P., a third I show on Line 19 was for shares of AT&T, and a fourth I show on Line 32 was for additional shares of Nuveen Select Qualify Muni Fund. The remaining information in the subparts of subsection D as set forth on Lines 10, 12, 19, and 32 of Section VII as to those investments accurately describe those transactions. Those investments accounted for more than half of the funds I transferred from my bank account. The balance of the transferred funds remains in the brokerage account.

5. This is an explanation of the transactions listed on Lines 43, 44, 48, 49, 50, and 51 of Section VII. On August 12, 2019, I redeemed in their entirety my investments in my Roth Vanguard Windsor Fund (Line 43) and my Roth Vanguard Primecap Fund (Line 44), and reinvested the proceeds from those funds in Roth Vanguard Group Small-Cap Growth Fund (Line 48), Roth Vanguard Group Small-Cap Value Fund (Line 49), Roth Vanguard Group Mid-Cap Index Fund, (Line 50) and Roth Vanguard Group Total Int'l Index Fund (Line 51). The remaining information in the subparts of subsection D as set forth on Lines 43, 44, 48, 49, 50, and 51 of Section VII as to those investments accurately describe those transactions.

6. This is an explanation of the transactions shown in Roth Fidelity Investments GNMA Fund (Line 47) and Roth Fidelity Investment Puritan Fund (Line 52) in Section VII. On June 14, 2019, I redeemed the Roth Fidelity Investment GNMA Fund (Line 47) and had the assets of the fund reinvested in the Roth Fidelity Investment Puritan Fund (Line 52). The remaining information in the subparts of subsection D as set forth on Lines 47 and 52 of Section VII as to the those investments accurately describes those transactions.

7. This is an explanation of the subsection D entries as to Vanguard Group GNMA Fund (Line 31) and Vanguard Group-Wellington Fund (Line 55) in Section VII. Vanguard Group-Wellington Fund (Line 55) is a traditional IRA fund _____, from which ___ has been obligated to make a required minimum distribution ("RMD") each year. The entries in the subparts of subsection D as to the RMD from Vanguard Group-Wellington Fund (Line 55) and the entries in the subparts of subsection D in Section VII as to the Vanguard Group GNMA Fund (Line 31) reflect the transfer of that RMD amount to the Vanguard Group GNMA Fund.

8. In years past, starting in February 2006, and going through December 2018 (with the exception of 2009 when no RMD was required), I have reported a partial withdrawal of the RMD from _____ Vanguard Group-Wellington Fund Traditional IRA (Line 55), and have provided accurate information as to each of the withdrawals in the subparts of subsection D of Section VII for each of the years, but, unfortunately, I failed in any of the prior years to show the comparable increase, as buys, in the Vanguard Group GNMA Fund (Line 31). If I had accurately reported the annual buys resulting from the transfer of the RMD funds from one account to the other, the entries in subparts (1) and (3) of subsection D would be the same as in this report for each of the years 2006 through 2018, except that the dates would be different for each year, there were two similar transactions in the year 2006, and there was no transaction of that kind in the year 2009.

9. This is an explanation of the transactions listed as Bristol-Meyers Squibb Co. (Line 13) and Celgene Corp. (Line 18) in Section VII. On November 21, 2019, Celgene Corp. merged into Bristol-Meyers Squibb Co. As a result of that merger, I received another 100 shares of Bristol-Meyers Squibb Co., making my ownership of that company a total of 600 shares, and I also received a $5,000 cash payment that went into my Vanguard Brokerage Account and a contingent value right, which probably has no value at this time, that is shown as an asset in my Vanguard Brokerage Account. As a result of that merger, I no longer have an ownership interest in Celgene Corp., but have an increased stock interest in Bristol-Meyers Squibb Co.

10. This is an explanation of the subsection D entries as to General Electric Co. (Line 5) and Wabtec Corp. (Line 20) in Section VII. In February, 2019, the GE Transportation Division of General Electric Co. (Line 5) merged with Westinghouse Airbrake Technologies Corporation to form a corporation known as Wabtec Corp. (Line 20). The surviving entity resulting from the merger has the name Wabtec Corp. I received shares of Wabtec Corp. as a result of the merger.

11. This is an explanation of the Vanguard Federal Money Market Fund (Line 36) in Section VII. It is a fund that is associated with my Vanguard Brokerage Account. All of the income received from the investments carried for me by Vanguard in that account is automatically deposited into the Vanguard Federal Money Market Fund, thus increasing the amount of the investment in that fund several times each month; and, if I plan to make investments through the brokerage account that will require funds greater than the balance of the Vanguard Federal Money Market Fund, I will transfer from my bank account to the Vanguard Federal Money Market Fund account whatever funds are necessary for me to make whatever investments I wish to make, and if I have money left over after making those investments, I normally leave it in the Vanguard Federal Money Market Fund account. Several years ago, the function now performed by the Vanguard Federal Money Market Fund account was performed by another Vanguard money market fund, the exact name of which I do not now recall. My reporting as to that fund was similar to the reporting I am now making about the Vanguard Federal Money Market Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John H. McBryde**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544